# UNITED STATES DISTRICT COURT



**NORTHERN DISTRICT OF CALIFORNIA**
**PROBATION OFFICE**

DEBRA K. AASMUNDSTAD
*CHIEF U.S. PROBATION OFFICER*

**Please reply to:**
777 Sonoma Avenue Suite #323
Santa Rosa, CA 95404-4741
TEL: (707) 575-3416
FAX: (707) 575-5138

450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

December 15, 2006

Wayne D. Brazil
United States Magistrate Judge
Oakland, CA

RE: Maurice Grays
Docket No.: CR 05-00793-01 WDB
<u>STATUS REPORT</u>

Your Honor:

The purpose of this correspondence is to inform the Court of a slight deviation from the plan outlined in the recent Request to Modify the Conditions or Term of Supervision with Consent of the Offender. In response to information detailed in that request, on November 21, 2006, special condition number one related to home confinement was vacated and the Court ordered that the offender reside for a period of 3 months, to commence no later than November 24, 2006, in a community corrections center.

Due to complications resulting from the Thanksgiving Holiday and the offender having not previously been processed by the U.S. Marshal's Service, his surrender to the facility was delayed until November 28, 2006.

If there are questions or if additional information is needed, I can be reached at (510) 637-3610.

Sincerely,

Alton P. Dural, Jr.
U.S. Probation Officer

NDC-SUPV-049
11/18/03