1   BARRY J. PORTMAN
    Federal Public Defender
2   JEROME E. MATTHEWS
    Assistant Federal Public Defender
3   555 - 12th Street
    Suite 650
4   Oakland, CA 94607-3627
    Telephone:  (510) 637-3500
5
    Counsel for Defendant MAURICE GRAYS
6

7

8                 IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )    No. CR- 05 00793 WDB
                                     )
12              Plaintiff,           )    STIPULATION AND ORDER
                                     )    CONTINUING STATUS CONFERENCE
13  vs.                              )    DATE
                                     )
14  MAURICE GRAYS,                   )
                                     )
15              Defendant.           )
    _____     )

16

17          This matter presently is set for a status conference on July 23, 2008.  Mr. Grays would

18  like the opportunity to discuss the present posture of the case with the government and the

19  probation officer in an effort to come to agreement on the charges set forth in the Form 12.

20  Defense counsel will be out of town for a period of two weeks beginning July 12, 2008,

21  however, and unable to devote attention to the case during that period.  The probation officer

22  agrees to this request for a continuance.

23          For these reasons, IT IS STIPULATED AND AGREED that this matter be continued to

24  August 7, 2008 at 10:00 a.m.

25  //

26  //

STIP/ORD                              1

1    //

2                                                    /S/

Dated: July 11, 2008
                                        _____
3                                       MAUREEN BESSETTE
                                        Assistant United States Attorney

4

5                                                    /S/

Date: July 11, 2008
                                        _____
6                                       JEROME E. MATTHEWS
                                        Assistant Federal Public Defender

7

8    I hereby attest that I have on file all holograph signatures for any signatures indicated by a
     "conformed" signatures (/S/) within this e-filed document.
9

10

11          Good cause appearing therefor, IT IS ORDERED that this matter be continued to August

12   7, 2008, at 10:00 a.m.

13

14   Dated: July 17, 2008
                                        _____
15                                      WAYNE D. BRAZIL
                                        United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

STIP/ORD                              2